FILED
JUN -3 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:12-CR-252-APG-(VCF)<br>) |
| ZARQUIS FEHRMAN, | )<br>) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On March 20, 2013, the United States District Court for the District of Nevada entered a Second Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant ZARQUIS FEHRMAN to the criminal offense, forfeiting specific property alleged in the Criminal Indictment and Bill of Particulars and agreed to in the Plea Agreement, and shown by the United States to have the requisite nexus to the offense to which defendant ZARQUIS FEHRMAN pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 16; Plea Agreement, ECF No. 32; Change of Plea Minutes, ECF No. 33; Second Amended Preliminary Order of Forfeiture, ECF No. 37.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 23, 2013, through April 21, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 40.

1        On March 26, 2013, the United States Marshals Service personally served Ryan Gamboni with the Second Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 39, p. 3 - 10.

       On March 26, 2013, the United States Marshals Service personally served William Jones with the Second Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 39, p. 11 - 18.

       On April 12, 2013, Ryan Gamboni filed a Claim with the court. On May 24, 2013, the Stipulation for Return of Property and Order was filed with the court. On May 24, 2013, the Order Granting the Stipulation for Return of Property was entered. Claim, ECF No. 41; Stipulation for Return of Property and Order, ECF No. 42; Order, ECF No. 43.

       This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

       This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    1.    An Imez, .380 caliber semi-automatic firearm, bearing serial number BEH9811;

    2.    A Glock model 19, 9mm handgun, bearing serial number DEM367 in a holster;

. . .

. . .

3. A Glock model 22C, .40 caliber pistol, bearing serial number FEN909, with an extended magazine; and

4. Any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 3rd day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE