RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Zarquis Fehrman

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00252-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| ZARQUIS FEHRMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kenneth Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Zarquis Fehrman, that the Revocation Hearing currently scheduled on November 1, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Parties need additional time to continue negotiations.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

1   DATED this 21st day of October, 2022.

RENE L. VALLADARES  
Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By */s/ Joy Chen*  
JOY CHEN  
Assistant Federal Public Defender

By */s/ Kenneth Nicholas Portz*  
KENNETH NICHOLAS PORTZ  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00252-APG-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ZARQUIS FEHRMAN, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, November 1, 2022 at 11:30 a.m., be vacated and continued to January 4, 2023 at the hour of 10:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

    DATED this 24th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE